**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7192**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROBERT EDWARD CLAYTOR,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. James P. Jones, Senior District Judge. (7:15-cr-00070-JPJ-1)

Submitted: December 17, 2021          Decided: December 28, 2021

Before WYNN and RUSHING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert Edward Claytor, Appellant Pro Se. Maggie Cleary, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Edward Claytor appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and conclude that the district court did not abuse its discretion denying Claytor's motion because it adequately considered the 18 U.S.C. § 3553(a) factors. *See United States v. High*, 997 F.3d 181, 186 (4th Cir. 2021). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
